UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEJANDRO BENITEZ,

                      Plaintiff,

-against-

MESSIAH NEAL; ORANGE COUNTY JAIL,

                      Defendants.

24-CV-2149 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated March 27, 2024, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP") and prisoner authorization or pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. On May 6, 2024, the Court's order was retuned to the court as undeliverable. Plaintiff has not filed an IFP application and prisoner authorization or paid the fees, and he has had no further communication with the court.[1] Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

---

[1] Pursuant to the court's March 18, 2024 Standing Order, a copy of which was docketed in this action, all self-represented litigants are required to inform the court of each change of address of electronic contact information. (*See* ECF 2.)

The Court directs the Clerk of Court to enter judgment.

SO ORDERED.

Dated:   May 28, 2024
        New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                            Chief United States District Judge